Joseph Ben Haddou Azagrar
19 Dosoris Way
Glen Cove, NY 11542
(516) 303-3143
azagrar.context@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 12 2026   ★

LONG ISLAND OFFICE

December 2025

REC'D IN PRO SE OFFICE
JAN 12 '26 PM3:15

RECEIVED
JAN 12 2026
EDNY PRO SE OFFICE

Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Azagrar v. City of Glen Cove, et al., Case No. CV 25-6638

Dear Clerk of the Court:

Enclosed please find proof of service forms for the following defendants in the above-captioned matter:
1. City of Glen Cove
2. Chief William Whitton

These forms are submitted in compliance with Rule 4(l) of the Federal Rules of Civil Procedure.

Please file these proofs of service in the court record. Should you have any questions or require additional information, please do not hesitate to contact me at the information provided above.

Thank you for your attention to this matter.

Respectfully submitted,

Joseph Ben Haddou Azagrar

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of New York

**Joseph Ben Haddou Azagrar**

    Plaintiff(s),

VS.

**City of Glen Cove, et al.**

    Defendant(s).

Attorney: NONE

Joseph Ben Haddou Azagrar
19 Dosoris Way
Glen Cove NY 11542


*347924*

**Case Number: CV 25 6638**

Legal documents received on **12/09/2025** at **3:02 PM** to be served upon **City of Glen Cove - City Hall at 9 Glen Street, Glen Cove, NY 11542**

I, **Matthew Verville**, swear and affirm that on **December 15, 2025 at 4:00 PM**, I did the following:

Served **City of Glen Cove - City Hall** by delivering a conformed copy of the **Summons in a Civil Action; Verified Complaint and Jury Demand** to **Tina Pemberton** as **Authorized Recipient** of City of Glen Cove - City Hall at **9 Glen Street, Glen Cove, NY 11542**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 12-18-2025

Matthew Verville
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:347924



## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of New York

**Joseph Ben Haddou Azagrar**

    Plaintiff(s),

VS.

**City of Glen Cove, et al.**

    Defendant(s).

Attorney: NONE

Joseph Ben Haddou Azagrar
19 Dosoris Way
Glen Cove NY 11542



*347923*

**Case Number: CV 25 6638**

Legal documents received on **12/09/2025** at **3:00 PM** to be served upon **Chief William Whitton at 1 Bridge Street, Glen Cove, NY 11542**

I, **Matthew Verville**, swear and affirm that on **December 15, 2025** at **4:09 PM**, I did the following:

Served **Chief William Whitton** by delivering a conformed copy of the **Summons in a Civil Action; Verified Complaint and Jury Demand** to **Officer Hernandez** as **Authorized Recipient** of **Chief William Whitton** at **1 Bridge Street, Glen Cove, NY 11542**.

**Description of Person Accepting Service:**
Sex: Male Age: 35-45 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Hispanic Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 12-26-2025

Matthew Verville
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:347923





USPS Priority Mail Flat Rate Envelope

From: JOSEPH AZAGRAR, 19 DOSORIS WAY, GLEN COVE NY 11542-2602

To: UNITED STATES DISTRICT COURT EDNY, CLERK OF THE COURT, 100 FEDERAL PLZ, CENTRAL ISLIP NY 11722-4438

USPS Tracking #: 9405 5301 0935 5268 8263 40

Created 2026-01-07, Mailed from 11542, $10.40 US Postage